

# The Attorney General of Texas

August 6, 1984

JIM MATTOX
Attorney General

Supreme Court Building
P. O. Box 12548
Austin, TX. 78711- 2548
512/475-2501
Telex 910/874-1367
Telecopier 512/475-0266

714 Jackson, Suite 700
Dallas, TX. 75202-4506
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905-2793
915/533-3484

J1 Texas, Suite 700
Houston, TX. 77002-3111
713/223-5886

806 Broadway, Suite 312
Lubbock, TX. 79401-3479
806/747-5238

4309 N. Tenth, Suite B
McAllen, TX. 78501-1685
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205-2797
512/225-4191

An Equal Opportunity/
Affirmative Action Employer

Honorable Charles Evans
Chairman
Committee on House Administration
P. O. Box 2910
Austin, Texas    78759

Opinion No. JM-185

Re:  Whether a committee of the
House of Representatives may
accept donations from private
organizations

Dear Representative Evans:

You have asked whether "a House Committee can accept donations
from private organizations." We conclude that a committee of the
Texas House of Representatives is not authorized to accept donations
from private organizations.

Section 19 of article V of the General Appropriations Act, Acts
1983, 68th Leg., ch. 1095, at 6016, explicitly appropriates "All
bequests and gifts of money to state agencies named in this
Act . . . ." However,

> that provision does not itself authorize agencies
> to accept gifts; it merely appropriates those
> gifts accepted by agencies already authorized by
> general law to accept them. General legislation
> is required. Attorney General Opinions R-2680
> (1951); O-4681 (1942).
>
>    . . . .
>
> Legislative authorization for the acceptance of
> gifts is necessary . . . . See 81A C.J.S. States
> §145 at 390.

Attorney General Opinion H-1180 (1978). Neither in the Legislative
Reorganization Act of 1961, as amended, article 5429f, V.T.C.S., nor
elsewhere has the legislature seen fit to provide that it or a
committee thereof, article 5429g, V.T.C.S., may accept donations, as
it has for the Commission for the Deaf [V.T.C.S. art. 4413(43)], and
the Governor's Commission on Physical Fitness [V.T.C.S. art.
4413(44)]. See, for example, V.T.C.S. art. 46c-6 (Aeronautics
Commission); V.T.C.S. art. 3207a (Commission for the Blind); V.T.C.S.
art. 4477-30 (Hemophilia Assistance Program); V.T.C.S. art. 4590f

(State Radiation Control Agency); Code Crim. Proc. art. 42.121 (Adult Probation Commission). Cf. 68th Leg. Senate Bill No. 772 and House Bill No. 622 (1983).

Since we have found that a legislative committee is not authorized to accept donations it is unnecessary to examine other possible objections to the receipt and expenditure of such donations. See, e.g., V.T.C.S. art. 62.?2-9b; Penal Code §§36.08 and 36.09.

### S U M M A R Y

A House Committee may not accept donations from private organizations

Very truly yours

JIM MATTOX
Attorney General of Texas

TOM GREEN
First Assistant Attorney General

DAVID R. RICHARDS
Executive Assistant Attorney General

Prepared by Colin J. Carl
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Rick Gilpin, Chairman
David Brooks
Colin Carl
Susan Garrison
Jim Moellinger
Nancy Sutton